JUN 29 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 09-MJ-454 JFA |
| | ) | MISDEMEANOR |
| v. | ) | |
| | ) | |
| TIMOTHY JOHNSON | ) | Court Date: July 20, 2009 |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor- 2015287)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 1, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TIMOTHY JOHNSON, did unlawfully operate a motor vehicle upon a highway after his license or privilege was suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-301, 1950 as amended.)

## (COUNT II – Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about June 1, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TIMOTHY JOHNSON, did unlawfully operate a motor vehicle upon a highway without a valid operator's license.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-300, 1950, as amended.)

(COUNT III - Class C Petty – 2015288)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about June 1, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TIMOTHY JOHNSON, did unlawfully operate a motor vehicle upon a highway without diming his headlights when approaching oncoming traffic.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-1034, 1950, as amended.)

Respectfully Submitted,

Dana Boente
Acting United States Attorney

_____
Mitchell D. Bishop
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this 29 day of June 2009 to:

TIMOTHY JOHNSON

By: _____
Mitchell D. Bishop
Special Assistant
United States Attorney